ILLINOIS CENT. R. Co. *v*. REECE HOUSTON.

(Division A. Oct. 5, 1942.)

[9 So. (2d) 788. No. 35043.]

Cowles Horton, of Grenada, and **Lucius E. Burch, Jr.**, and **Clinton H. McKay**, both of Memphis, Tenn., for appellant.

**S. C. Mims**, of Grenada, for appellee.

610.

Argued orally by **Cowles Horton**, for appellant.

**Smith, C. J.,** delivered the opinion of the court.

Nothing in the evidence in this case justifies excluding it from the rule announced in Gulf, M. & N. R. Co. v. Holifield, 152 Miss. 674, 120 So. 750, approved and applied in a number of cases subsequent thereto; consequently it is governed thereby and the court below should have granted the appellant's request for a directed verdict.

Reversed and judgment here for the appellant.